UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. |
| ) | |
| v. ) | (Related to Criminal No. 09-5) |
| ) | |
| CHRISTINA KORBE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| PARKER REVOCABLE TRUST DATED ) | |
| FEBRUARY 26, 1996, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on January 18, 2011, against the Defendant in the above-cited action, Christina Korbe, Social Security Number    -   -2584, whose last known address is FCI Danbury,           , Danbury CT 06811.

The total balance due on the Judgment as of January 31, 2020, is $2,836,763.00.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant, included but not limited to: funds in a financial account of the Parker Revocable Trust made available in 2019. The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is Parker Revocable Trust, c/o Paul Pokorski, 619 Oakview Drive, Verona, PA 15147.

                                                                      Respectfully submitted,

                                                                      Scott W. Brady
                                                                      United States Attorney

                                                                      s/David Lew
                                                                      David Lew
                                                                      Assistant U.S. Attorney
                                                                      Counsel for Plaintiff
                                                                      700 Grant Street, Suite 3110
                                                                      Pittsburgh, PA  15219
                                                                      (412) 894-7482
                                                                      (412) 644-5870- fax
                                                                      PA ID No. 320338 (ss)